**Avletus L. PITTS, Individually and on Behalf of his Minor Son, Alvin B. Pitts, v. Roch H. PEDARRE et al.**

**No. 1530.**

Court of Appeal of Louisiana.
First Circuit.

Dec. 31, 1935.

C. C. Bird, Jr., and Fred A. Blanche, both of Baton Rouge, for appellant.

Taylor, Porter & Brooks, of Baton Rouge, for appellees.

LE BLANC, Judge.

For the reasons assigned in the opinion this day handed down in the case of Charles N. Lavergne, Individually, and for and on Behalf of His Minor Son, Daly C. Lavergne, v. Roch H. Pedarre et al. (La.App.) 165 So. 17, it is ordered that the judgment herein appealed from be, and the same is hereby, affirmed, at the costs of the plaintiff, appellant.

**Malcolm J. FISCHER v. Roch H. PEDARRE et al.**

**No. 1531.**

Court of Appeal of Louisiana.
First Circuit.

Dec. 31, 1935.

Carlos G. Spaht, of Baton Rouge, for appellant.

Taylor, Porter & Brooks, of Baton Rouge, for appellees.

LE BLANC, Judge.

For the reasons assigned in the opinion this day handed down in the case of Charles N. Lavergne, Individually, and for and on Behalf of His Minor Son, Daly C. Lavergne, v. Roch H. Pedarre et al.

(La.App.) 165 So. 17, it is ordered that the judgment herein appealed from be, and the same is hereby, affirmed, at the costs of the plaintiff, appellant.

**QUEEN INS. CO. OF AMERICA v. BLOOMENSTIEL et al.**

**No. 1517.**

Court of Appeal of Louisiana.
First Circuit.

Dec. 31, 1935.

See, also, 160 So. 169.

St. Clair Adams, St. Clair Adams Jr., and P. A. Bienvenu, all of New Orleans, for appellant.

Charles T. Wortham, of Donaldsonville, and Simmons, Simmons & Dolese, of Napoleonville, for appellees.

ELLIOTT, Judge.

Queen Insurance Company of America brought suit against M. F. Bloomenstiel and Charest Thibaut alleging that they are sureties on a bond signed by them, for United Agencies, Inc., and as such are indebted unto plaintiff in the sum of $114.06 with legal interest from judicial demand. Defendants urge against its suit the exception of no right or cause of action, which was maintained and the suit dismissed.

Plaintiff has appealed. The bond under which liability is alleged is annexed to and made part of the petition. It was signed by Bloomenstiel and Thibaut and it is, written on its face that United Agencies,